UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLENDON ALVIN PEARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. CV 10-08516-PLA<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of Fees Pursuant to EAJA ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND NINE DOLLARS AND 00/100 ($4,900.00) and costs are awarded in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/100 ($350.00) subject to the terms of the Stipulation.

DATE: October 12, 2011

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE